# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| AVANGIA L. JONES, JR. | Case Number: 8:03-cr-493-T-23MSS |
| | USM Number: 49755-018 |
| | Defendant's Attorney: Maria Guzman, AFPD |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs two through eight of the May 7, 2008, petition (Doc. 53)

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| Two | New criminal conduct--obstruction of justice by disguise | 04/10/08 |
| Three | New criminal conduct--opposing an officer without violence | 04/10/08 |
| Four | New criminal conduct--driving while license suspended or revoked--2nd conviction | 01/11/08 |
| Five | Failure to notify ten days prior to change of residence | 02/20/08 |
| Six | Failure to notify ten days prior to change in employment | 02/20/08 |
| Seven | Failure to notify within 72 hours of arrest or questioning by a law enforcement officer | 01/14/08 |
| Eight | Failure to notify within 72 hours of arrest or questioning by a law enforcement officer | 04/14/08 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through four of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

__X__    The defendant has not committed the violation charged in numbered paragraph one and is discharged as to this violation.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 20, 2008
Date of Imposition of Sentence

_/s/ Steven D. Merryday_
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

July 23rd, 2008
Date

DEFENDANT:    AVANGIA L. JONES, JR.                    Judgment - Page  2  of  4
CASE NUMBER:  8:03-cr-493-T-23MSS

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TEN (10) MONTHS.**

   X   The court makes the following recommendations to the Bureau of Prisons: **incarceration at FPC Montgomery, Alabama (Maxwell Air Force Base)**

   X   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: AVANGIA L. JONES, JR.  
CASE NUMBER: 8:03-cr-493-T-23MSS

Judgment - Page 3 of 4

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **TWENTY-SIX (26) MONTHS**.

The defendant shall report to the probation office in the district to which the defendant is released within seventy-two (72) hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.

__X__ The mandatory drug testing provisions of the Violent Crime Control Act are waived.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:      AVANGIA L. JONES, JR.                    Judgment - Page 4 of 4
CASE NUMBER:   8:03-cr-493-T-23MSS

## ADDITIONAL SUPERVISED RELEASE TERMS

__X__   Defendant shall not possess or use a computer with access to any online service at any location (including employment) without written approval from the probation officer. This includes access through any internet service provider, bulletin board system, or any public or private computer network system. The defendant shall permit routine inspection of his computer system, hard drives, and other media storage materials, to confirm adherence to this condition. This inspection shall be no more intrusive than is necessary to ensure compliance with this condition. The defendant shall inform his employer, or other third party who may be impacted by this condition of this computer-related restriction and the computer inspection provision of the condition.

__X__   The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself/herself for any major purchases without approval of the probation officer.

__X__   The defendant shall provide the probation officer access to any requested financial information.